IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANCIS CREVATAS, *et al.*

      v.

SMITH MANAGEMENT AND
CONSULTING, LLC.

:
:
:    3:15-cv-02307-MEM
:
:
:
:
:

## ORDER

NOW, this 22ND day of _March_, 2017, upon

consideration of Plaintiffs' "Unopposed Motion for Approval of Collective Action

Settlement" (Doc. 35), the accompanying "Settlement Agreement and Release"

("Agreement") (Doc. 35-1), and all other papers and proceedings herein, it is

hereby **ORDERED** that the settlement of this collective action is **APPROVED**

because it represents a fair and reasonable settlement of a *bona fide* dispute under

the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* This action is

**DISMISSED WITH PREJUDICE**, although the Court will retain jurisdiction

over any disputes pertaining to the enforcement of the settlement.

Hon. Malachy E. Mannion
United States District Judge